ALTSHULER SHAHAM PROVIDENT FUNDS, LTD., Appellant, v GML TOWER, LLC, et al., Defendants, and THE PIKE COMPANY, INC., et al., Respondents.

Submitted July 22, 2013; decided September 3, 2013

Motion for clarification or reargument denied with $100 costs and necessary reproduction disbursements [see 21 NY3d 352 (2013)].

Judge ABDUS-SALAAM taking no part.